UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:21–CR–111 |
| ) | |
| CHRISTOPHER BERRY ) | |

## ORDER

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge dated May 3, 2022. [Doc. 28]. In that Report and Recommendation, the Magistrate Judge recommended the denial of Defendant's Motions to Suppress, [Docs. 15, 25]. Neither party has filed objections to the recommendation in the time allowed. *See* 28 U.S.C. § 636(b).

After consideration of the record as a whole and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby ORDERED that this Report and Recommendation is ADOPTED and APPROVED, [Doc. 28], and that Defendant's Motions to Suppress, [Docs. 15, 25], are DENIED.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE